IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE LEWIS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | No. 14-04780 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant | : | |

FILED
FEB - 3 2016
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

JEFFREY L. SCHMEHL, J.

AND NOW, this 2nd day of February, 2016, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

JEFFREY L. SCHMEHL, J.
UNITED STATES DISTRICT COURT

2-3-16 e-mailed to: B. Owen deg
M. Littman
R. Drum